UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Anthony Carpenito

    v.                         Civil No. 09-cv-59-PB

NH Department of Corrections,
Commissioner, William L. Wrenn

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.80 is due no later than March 25, 2009.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                        _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: February 25, 2009

cc:   Anthony Carpenito, pro se
       Bonnie S. Reed, Financial Administrator
       Northern NH Correctional Facility, Inmate Accounts