**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Anthony Carpenito</u>

   v.                                                     Civil No. 09-cv-059-SM

<u>William Wrenn, Commissioner,
New Hampshire Department of
Corrections, et al.</u>

### O R D E R

Before the Court is Anthony Carpenito's request for preliminary injunctive relief (document nos. 1 & 6 - 8). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead is designated to review and consider the request for injunctive relief submitted by plaintiff and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

                                                              _____
                                                              Steven J. McAuliffe
                                                              Chief Judge

Date:    February 25, 2009

cc:      Anthony Carpenito, pro se