UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Anthony Carpenito</u>

    v.            Civil No. 09-cv-59-PB

<u>New Hampshire Department of Corrections,</u>
<u>Commissioner</u>

O R D E R

   I hereby recuse myself from presiding over this case as Attorney Michael Sheehan has filed an appearance on behalf of the plaintiff.  I direct the clerk reassign this matter.

   SO ORDERED.


March 11, 2009           */s/ Paul Barbadoro*
                Paul Barbadoro
                United States District Judge


cc:  Michael Sheehan, Esq.
    New Hampshire Attorney General