UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Anthony Carpenito

    v.           Civil No. 09-cv-59-JL

NH Department of Corrections,
Commissioner, et al.

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 24, 2009, no objection having been filed.

  SO ORDERED.

July 15, 2009

                Joseph N. Laplante
                United States District Judge

cc: Michael Sheehan, Esq.
   James William Kennedy, Esq.
   Danielle Leah Pacik, Esq.