UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Anthony Carpenito</u>

  v.          Civil No. 09-cv-59-JL

<u>NH Department of Corrections, Commissioner, et al.</u>

## **J U D G M E N T**

In accordance with the following, judgment is hereby entered:  Report and Recommendation dated June 24, 2009 by Magistrate Judge James R. Muirhead, and the Orders dated July 15, 2009 and March 11, 2011 by United States District Judge Joseph N. Laplante.

            By the Court,

            */s/ **James R. Starr***

            James R. Starr, Clerk

March 11, 2011

cc: Michael Sheehan, Esq.
   Danielle Leah Pacik, Esq.